UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-mj-03809-AOR

UNITED STATES OF AMERICA

v.

DELVIS LARA FUENTES,
YOSLANY LEYVA DEL SOL, and
LEDIER MACHIN ANDINO.

        **Defendants.**
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?  __ Yes  X  No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  __ Yes  X  No

        Respectfully submitted,

        JUAN ANTONIO GONZALEZ
        UNITED STATES ATTORNEY

BY:   */s/ Maria L. Catala*
        Maria L. Catala
        Assistant United States Attorney
        U.S. Attorney's Office – SDFL
        FL Bar 1000435
        99 NE 4th Street, 6th Floor
        Miami, Florida 33132
        Tel: (305) 961-9180
        Email: Maria.catala@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>Delvis Lara Fuentes, Yoslany Leyva Del Sol, and Ledier Machin Andino,<br>*Defendant(s)* | )<br>)<br>)  Case No. 22-mj-03809-AOR<br>)<br>)<br>) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  October 20, 2022  in the county of  Miami-Dade  in the  Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2314 | Interstate Transport of Stolen Goods |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Robert J. Palombo, Jr., Special Agent, HSI
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by  Face Time 

Date: 10/21/22

_____
*Judge's signature*

City and state:  Miami, Florida   Hon. Alicia M. Otazo-Reyes, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Robert J. Palombo, Jr., being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with Homeland Security Investigations ("HSI") and have been so employed since 2002. As a Special Agent with HSI, I successfully completed academy training, including the federal Criminal Investigator Training Program and HSI Special Agent Training at the Federal Law Enforcement Training Center in Georgia. I am currently assigned to the HSI Miami, El Dorado Task Force South ("EDTF-S") to investigate financial crimes, including Organized Retail Crime, Illicit Proceeds/ Foreign Public Corruption, drug trafficking, and money laundering. EDTF-S is an investigative entity that is a multi-agency law enforcement task force formed for the purpose of identifying, seizing, and apprehending individuals and assets employed in the illegal trades of domestic and international narcotics trafficking and money laundering with any nexus to the Southern District of Florida.

2. During my employment with HSI, I have participated in numerous narcotics and money laundering investigations that have included but are not limited to physical and electronic surveillance, interception and analysis of wire and oral communications, execution of search and arrest warrants, evidence handling, undercover operations, the control and administration of confidential sources, international drug importations, and domestic drug distribution organizations. I have participated in the arrest and subsequent prosecution of numerous drug traffickers and money launderers. On numerous occasions, I have spoken with informants, suspects, and experienced narcotics and money laundering investigators concerning the manner, means, methods, and practices that drug traffickers and money launderers utilize to further the operation of their illicit organizations. I have hundreds of hours in law enforcement and legal

training, as well as specific training in the Black-Market Peso Exchange and Trade Base Money Laundering. My training and experience provided me the ability to identify effective methods of investigating and dismantling financial and organized crime groups as well as drug trafficking and money laundering organizations.

3. I submit this Affidavit in support of a criminal complaint against DELVIS LARA FUENTES ("FUENTES"), YOSLANY LEYVA DEL SOL ("DEL SOL"), and LEDIER MACHIN ANDINO ("ANDINO"). As explained below, there is probable cause to believe that on or about the date of October 20, 2022, in the Southern District of Florida, the above-named subjects knowingly transported in interstate commerce, goods, wares, and merchandise of the value of $5,000 or more, knowing the same to have been stolen, converted, or taken by fraud, in violation of Title 18, United States Code, Section 2314.

4. The information contained in this Affidavit is based on my personal knowledge, as well as information relayed to me by other law enforcement officials involved in this investigation, as well as my review of records, documents, and other physical items obtained during this investigation. I have not included in this Affidavit every fact known to me about this investigation. Rather, I have included only the facts that are sufficient to establish probable cause to charge FUENTES, DEL SOL, and ANDINO for the violation described above.

## PROBABLE CAUSE

5. On or about June 26, 2022, and June 27, 2022, Lancaster County Sheriff's Office ("LSO") in Nebraska was notified about two thefts of semi-tractors and trailers loaded with beef valued at approximately $232,666.64 and $157,380, stolen in Emerald, Nebraska. When law enforcement recovered the trailers, they were empty.

6. On or about June 30, 2022, LSO executed telephone tower dumps of the time and locations

where the aforementioned semi-tractor and trailer thefts occurred. Based on phone analysis, law enforcement determined that telephone number 305-731-8913 registered off the telephone towers at each of the theft locations described above and at the approximate times of the vehicle thefts. Telephone number 305-731-8913 is registered to FUENTES. FUENTES also possesses a Class A commercial driver's license and lives in Miami Gardens, Florida.

7. After analyzing records for FUENTES' cell phone, law enforcement discovered that FUENTES made approximately 124 voice calls to 786-303-4269 and 41 calls to 305-684-2694. Telephone number 786-303-4269 is registered to DEL SOL. DEL SOL also has a valid commercial driver's license, and resides in Hialeah, Florida. Telephone number 305-684-2694 is registered to ANDINO. ANDINO also has a valid Class A commercial driver's license, and resides in Miami, Florida.

8. On or about August 25, 2022, pursuant to a cell phone search warrant and cell site analysis, law enforcement learned that both ANDINO's (305-684-2694) and DEL SOL's (786-303-4269) cellular telephones were physically present at the same locations in Nebraska at the same times as the aforementioned thefts.

9. On or about September 16, 2022, law enforcement observed, through real-time GPS tracking, a semi-tractor registered to DEL SOL travelling on Interstate 80 in Lincoln, Nebraska. Within a few seconds, law enforcement observed two other semi-tractors with trailers following the semi-tractor registered to DEL SOL. One of the semi-tractor trailers was registered to Yser ADAYLIS, who law enforcement believes to be a friend of FUENTES.

10. Video surveillance at a truck yard later revealed that on or about June 25, 2022, FUENTES, DEL SOL, and ANDINO were together at a truck yard in Grand Island, Nebraska.

11. In September and October 2022, LSO obtained Pen Register warrants for the phones

belonging to FUENTES, DEL SOL, and ANDINO, which included real time data. Based on this cell phone data and cell site analysis, law enforcement learned that FUENTES, DEL SOL, and ANDINO left Miami, Florida, on or about October 10, 2022.

12. On or about October 12, 2022, law enforcement observed FUENTES, DEL SOL, and ANDINO at a Loves Travel Center located in Columbia, Tennessee. FUENTES was driving a silver semi-tractor (2012 silver Peterbilt 389, Florida JD22HD) with no trailer; DEL SOL was driving a white semi-tractor (2007 Peterbilt, Florida JB20HD) with no trailer; and ANDINO was driving a red/brown semi-tractor (2009 red/brown Kenworth T660, Florida JD21HD) with a trailer.

13. On or about October 13, 2022, law enforcement located FUENTES, DEL SOL, and ANDINO driving near Des Moines, Iowa. At that time, law enforcement placed GPS trackers on the 2012 silver Peterbilt 389, Florida JD22HD, driven by FUENTES and the 2009 red/brown Kenworth T660, Florida JD21HD, driven by ANDINO.

14. Law enforcement then observed FUENTES, DEL SOL, and ANDINO get into the white semi-tractor and start driving around semi-tractor yards in Iowa at a slow rate of speed. Cell data also confirmed FUENTES, DEL SOL, and ANDINO were present together at this time. Law enforcement observed FUENTES, DEL SOL, and ANDINO doing this for a few hours before returning to the other two semi-tractors. Based on training and experience, law enforcement believed FUENTES, DEL SOL, and ANDINO were casing semi-tractor yards where trailers are commonly stored looking for product to steal.

15. Law enforcement next observed FUENTES, DEL SOL, and ANDINO driving in Sioux City, Iowa. FUENTES, DEL SOL, and ANDINO were observed doing the same type of activity, driving in and out of various semi-tractor lots at a slow rate of speed.

16. On or about October 13, 2022, law enforcement placed a GPS tracking device on the white

semi-tractor (2007 Peterbilt, Florida JB20HD). On or about October 14, 2022, law enforcement observed FUENTES, DEL SOL, and ANDINO driving in Sioux Falls, South Dakota.

17. On or about October 15, 2022, law enforcement learned that a trailer was stolen from Thermo King in Sioux Falls, South Dakota, the night before.[1] The trailer contained approximately 19 pallets of ham, valued at approximately $40,000. A review of the bill of lading assigned to the 19 pallets of ham listed the lot number assigned to this load as being LOT 91700.

18. GPS tracking data of FUENTES, DEL SOL, and ANDINO, revealed that the white semi-tactor previously driven by DEL SOL was present at the same location in Sioux Falls, South Dakota and present at the approximate time when the trailer was stolen.

19. Later, on October 15, 2022, the stolen trailer was located and recovered at 5050 Foundation Court, Sioux Falls, South Dakota. Tracking data also put the silver semi-tractor with trailer previously driven by DEL SOL near the same location as the recovered trailer.

20. Through real-time GPS tracking, law enforcement then observed FUENTES, DEL SOL, and ANDINO traveling from Sioux Falls, South Dakota, to Worthington, Minnesota.

21. On October 16, 2022, law enforcement learned that on October 15, 2022, two-semi tractors and three electric pallet jacks were reported stolen from Pipestone Veterinary Services Overstock Warehouse in Pipestone, Minnesota.

22. On or about October 15, 2022, from 16:00-16:50, law enforcement placed the silver semi-tractor previously driven by FUENTES at the same location where the semi-tractors were stolen through GPS data. Cell site data also placed FUENTES, DEL SOL, and ANDINO in the area.

23. On or about October 15, 2022, according to GPS data, at approximately 20:00-21:00, the silver semi-tractor previously driven by FUENTES was around the area of JBS, which is a meat

---

[1] Thermo King reported the theft to local police.

company located in Worthington, Minnesota.

24. On or about October 15, 2022, at approximately 22:00, all three semi-tractors (the white, silver, and red/brown semi-tractor, previously described in paragraph 12) with one trailer arrived at Shopko, located at 1755 North Humiston Ave, Worthington, Minnesota. On October 16, 2022, law enforcement learned that after midnight, two semi-tractors and two trailers were stolen from JBS in Worthington, Minnesota. Each trailer contained 22 pallets of pork valued at approximately $150,000. A GPS on at least one of the trailers showed that the trailer was taken from JBS to the Shopko, located at 1755 North Humiston Ave, Worthington, Minnesota.

25. On or about October 16, 2022, according to GPS tracking, at approximately 01:30 all three semi-tractors driven by FUENTES, DEL SOL, and ANDINO left the Shopko area and proceeded towards Miami, Florida.

26. On or about October 18, 2022, at approximately 02:10, Tennessee Highway Patrol conducted a traffic stop and a "DOT inspection" of the white semi-tractor (2007 Peterbilt, Florida JB20HD). The driver was identified as FUENTES. An inspection of the trailer revealed 19 pallets of pork. This merchandise matched the stolen items, which was confirmed by the box labels on the meat, from the Sioux Falls, South Dakota theft on October 16. FUENTES provided law enforcement with what appeared to be a fake bill of lading for the pork commodity. Based on training and experience law enforcement was able to flag the fake bill of lading because it contained the wrong state of origin at the top, the transporting company name was incorrect, it was only one page, which is unusual in a shipment of meat, and it did not match the authentic bill of lading from the victim. Further, FUENTES was also operating without proper DOT authority, meaning his semi-tractor did not have the appropriate registration to be hauling goods of any kind, including a trailer.

27. HSI Miami continued to monitor the GPS trackers for all three of the tractor-trailers as they travelled toward the South Florida area. On the morning of October 20, 2022, Florida Highway Patrol ("FHP") troopers observed all three tractor-trailers pass them on I-75 E in the Weston, Florida area and began following them onto the southbound exit of state Hwy US 27. While following the truck driven by FUENTES, FHP initiated a traffic stop for a faulty equipment violation.

28. During the stop, FHP made contact with FUENTES and asked him about his cargo. FUENTES presented the fake bill of lading and paperwork showing that he had been previously stopped by the Tennessee Highway Patrol for a DOT inspection and had received several citations for DOT violations. FUENTES consented to the inspection of his entire truck and trailer.

29. Upon inspection of the trailer, law enforcement discovered a refrigerated area of the container and a bulk shipment of pork products. The labels and serial numbers on the containers and meat wrappings showed inconsistencies with what was alleged on the bill of lading provided by FUENTES. Also, FUENTES was visibly nervous during questioning.

30. A short time later, law enforcement located the other two trucks driven DEL SOL and ANDINO parked in a commercial truck lot. Law enforcement approached DEL SOL and ANDINO, who were standing outside their trucks and detained them. DEL SOL and ANDINO consented to an inspection of their cargo containers and law enforcement discovered the cargo was in fact the same products that had been reported stolen to police in the Minnesota and South Dakota thefts earlier in the week, corroborated by the product labels and cross-referenced with the real bills of lading. Further, it was determined that several electric pallet jacks that had been found in the cargo areas of the trucks had also been reported stolen to

police in the prior weeks, also confirmed product labels and police reports regarding the stolen meat. Finally, the bills of lading provided by DEL SOL and ANDINO also appeared falsified, in that they contained the wrong state of origin at the top, the transporting company name was incorrect, it was only one page, which is unusual in a shipment of meat, and it did not match the authentic bill of lading from the victim.

## CONCLUSION

31. Based on the above information, I submit that there is probable cause to believe that FUENTES, DEL SOL, and ANDINO all knowingly transported in interstate commerce, goods, wares, merchandise of the value of $5,000 or more, knowing the same to have been stolen, converted, or taken by fraud, in violation of Title 18, 18 U.S. Code § 2314.

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
ROBERT J. PALOMBO, JR.
SPECIAL AGENT, HSI

Attested to by the applicant in accordance with the requirements of Fed. Crim. P. 4.1 by Face Time this 21st day of October, 2022.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

8