# MINUTE ORDER

Page 5

## Magistrate Judge Alicia M. Otazo-Reyes

Atkins Building Courthouse - 10th Floor     Date: 10/21/2022   Time: 2:00 p.m.

Defendant: (1) LEDIER MACHIN ANDINO    J#: 07709-506    Case #: 22-3809-AOR
AUSA: Maria Catala     Attorney:
Violation: INTERSTATE TRANSPORT OF STOLEN GOODS     Surr/Arrest Date: 10/20/2022    YOB: 1985

Proceeding: Initial Appearance     CJA Appt: Ana Davide
Bond/PTD Held: ☐ Yes ☑ No     Recommended Bond: PTD
Bond Set at: Temporary PTD     Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services
  Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

Language: Spanish

Disposition:
Brady Order
Rights Sworn
Indigent
CJA csl appt

Time from today to _____ excluded from Speedy Trial Clock

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:
Report RE Counsel:
PTD/Bond Hearing: 10/26 10:00 a.m. Duty Miami
Prelim/Arraign or Removal: 11/4
Status Conference RE:
D.A.R. 14:18:23, 15:33:29     Time in Court: 9 min

s/Alicia M. Otazo-Reyes     Magistrate Judge